Oscar CAMACHO–MARROQUIN, also known as Jesus Sanchez, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 98–60256.

United States Court of Appeals, Fifth Circuit.

July 11, 2000.

Clarissa Guajardo Shaw, Law Offices of Clarissa G. Shaw, Houston, TX, for Petitioner.

Holly A. Gimbel, Richard M. Evans, U.S. Dept. of Justice, Office of Immigration Litigation, Janet Reno, U.S. Atty. Gen., Civil Div., App. Staff, Robert L. Bombaugh, Director, Office of Immigration Litigation, Civil Div., Washington, DC, Michael Heston, INS, Dist. Directors Office, Houston, TX, Lynne Underdown, INS, Dist. Directors Office, Attn: Joe A. Aguilar, New Orleans, LA, for Respondent.

Before DUHÉ, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

ORDER:

Petitioner–Appellant has moved to withdraw his Petition for Rehearing En Banc "so that the Immigration and Naturalization Service may proceed with his deportation in lieu of incarceration." Accordingly, in order to bring all matters relating to Petitioner–Appellant before this court to an end so that the INS may proceed with his deportation as he requests:

IT IS ORDERED that Petitioner–Appellant's motion is granted and:

The opinion of the panel in this matter filed on September 29, 1999 is hereby WITHDRAWN.

The Petition for Rehearing En Banc and the Petition for Review filed in this matter are DISMISSED, and

The Stay of Deportation previously issued in this matter is LIFTED.